

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JUL 06 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Richard Edwards
_____
_____
_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Nurse Jane doe
Nurse Cox
Thomas Dart
C.C.J.D.O.C
_____
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:22-cv-03503
Judge Manish S. Shah
Magistrate Judge Jeffrey Cummings
PC 4
RANDOM

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
    **U.S. Code** (state, county, or municipal defendants)

___   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
    **28 SECTION 1331 U.S. Code** (federal defendants)

___   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Richard Edwards

B. List all aliases: N/A

C. Prisoner identification number: N/A

D. Place of present confinement: Cook County

E. Address: P.O. Box 089002 Chicago, Il 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Jane Doe

Title: Nurse

Place of Employment: 2600 S. California Ave Chicago, Il 60608

B. Defendant: Ms. Cox

Title: Nurse

Place of Employment: 2600 S. California Ave Chicago, Il 60608

C. Defendant: Thomas Dart

Title: Sheriff

Place of Employment: 2600 S. California Ave Chicago, Il 60608

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Count 1) Medical Indifference, Medical Malpractice

At all times Defendant are sued in there individual and official capacity. January 18 I Richard Edwards A. Was shot inside the left Leg. I was immediately taken to Christ Hospital, were I went to Surgery and was placed on a External Fixator For 6 day. From the Surgery Jan 25 I was transferred to Cook County Jail Division 8 Cermak tier 3 west. After the First 2 days on the living unit, My Leg Begone to start Heavy bleeding an Excruciating pain from the swelling. Later I was then taken to Stroger were I Laid in Bed without any blood test Just too get sent Back with Conformation from the Lower Level Doctor that Everything was ok. Two to three days later I was sent Cook County infection Specialist to get a sample of the

4                                                               Revised 9/2007

Drainage. Later on I was told there were no infection until my pain and swelling began getting worst. I was taken Back to Stroger were a Doctor there told me they well Have to Cut off my leg. This led on to Three addional Surgery's and also an plastic Surgery. I were placed on I.V antibiotic for 8 weeks, I was told by Christ Hospital to clean my wound twice a Day, Cook County Cermax Division 8 unit 3 west only cleaned and Changed my Dressing moring Shift the Night Shift would witness my red and yellow Drainage and tell me its not their Job to Clean my wound. Its day teams duty. After I got an infection in my Leg, which Caused it to almost get emputated for the negligence of C.C.J.D.O.C Hospital/Cermax I also refused the emputation, which saved my Left leg. I also nursed myself back to health I'm currentlly on antibiotic.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation Damages of $500,000.00 and Punitive Damages of $500,000.00. And any relief the court deem just and equitable

VI.  The plaintiff demands that the case be tried by a jury.  ☐ YES  ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_Richard Edwards_
(Signature of plaintiff or plaintiffs)

Richard Edwards
(Print name)

20220122004
(I.D. Number)

P.O. Box 089002
Chicago, IL 60608
(Address)

6

Revised 9/2007



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent:_____
- ☐ Other:_____

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Edward
**PRINT - FIRST NAME** *(Primer Nombre):* Richard
**INMATE BOOKING NUMBER** *(# de identificación del Preso):* 20220122004

**DIVISION** *(División):* 8 Cermak
**LIVING UNIT** *(Unidad):* 3 west
**DATE** *(Fecha):* 3/26/22

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

[Spanish translation of above]

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 3/26/22 | | 3cn | |

I got an infection in my leg which cause it to almost get emputated for the Negligence of C.C.J.D.O.C Hospital/Cermax. I also refused the emputation which saved my left leg. I also nursed myself back to health I'm currently on antibiotic.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE:** *(Firma del Preso):* Richard Edwards

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** Richadra
**SIGNATURE:**
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 3/29/2022

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40a)(AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)
## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

**U.C. COPY**

Richardson

22205082
756671

| CONTROL NUMBER | INMATE # |
|---|---|
| | 756671 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| ATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| | | |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:**

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO** ( Example: Superintendent, Cermak Health Services ): **DATE REFERRED:** / /

### RESPONSE BY PERSONNEL HANDLING REFERRAL

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Susan Shebel | Susan Shebel | | 5/ / 22 |

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE (Firma del Preso): | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|
| X Richard Richardson | 5/19/22 |

### INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)
### THIS SECTION IS TO BE COMPLETED BY INMATE!

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

22 MAY 19 AM

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso:) 5 / 17 / 22

Do too the Additional surgery's my leg with Have Never Needed if I were Receiving the proper Treatment I disagree with your Response.

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes (Si) ☐ No ☑
(Apelación del preso aceptada por el administrador o/su designado(a)?)
**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decision o recomendación por parte del administrador o/su designado(a):)

Refer to original response.

| INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a):): | DATE (Fecha): |
|---|---|---|
| Susan Shebel | Susan Shebel RN | 6/16/22 |

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE (Firma del Preso): | DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|
| Delv Via COVID19 | 6/17/22 |

(FCN-72) (NOV 17)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – C.R.W.)     (PINK COPY – INMATE)

Richard Edwards
2022012004
Division 8 3 W
2700 S California Ave
Chicago, IL 60608

US District Court
219 S Dearborn St
Chicago, IL 60604

RECEIVED
JUL 06 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Miles, J-4F